# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 6 WAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| BRANDON LEE HUMPHREY, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 7 WAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| BRANDON HUMPHREY, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 8 WAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| BRANDON HUMPHREY, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 9 WAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

BRANDON HUMPHREY,

      Respondent

COMMONWEALTH OF PENNSYLVANIA,    :  No. 10 WAL 2022

      Respondent

            Petition for Allowance of Appeal
            from the Order of the Superior Court

      v.

BRANDON HUMPHREY,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 11 WAL 2022

      Respondent

            Petition for Allowance of Appeal
            from the Order of the Superior Court

      v.

BRANDON LEE HUMPHREY,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 12 WAL 2022

      Respondent

            Petition for Allowance of Appeal
            from the Order of the Superior Court

      v.

BRANDON HUMPHREY,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 13 WAL 2022

      Respondent

|  |  |  |
|---|---|---|
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| | : | |
| BRANDON LEE HUMPHREY, | : | |
| | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 14 WAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| BRANDON HUMPHREY, | : | |
| | : | |
| Petitioner | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 15 WAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| BRANDON HUMPHREY, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.